Matter of the Estate of ANDREAS M. MILLER, Deceased.*

(Surrogate's Court, New York County, April, 1921.)

*Transfer tax — bequest to a city without the state for a free and public hospital not taxable.*

APPLICATION for reargument of appeal.

Stewart & Shearer (M'Cready Sykes, of counsel), for United States Trust Company of New York, executor, and for city of Duluth, Minn., for motion.

Lafayette B. Gleason (Schuyler C. Carlton, of counsel), for New York State Comptroller, opposed.

COHALAN, S. The application for reargument of the appeal from the order fixing tax in this matter is granted. The bequest to the city of Duluth in trust

---

* See 109 Misc. Rep. 267.—[REPR.

" for the establishment of a free and public hospital " is exempt from the transfer tax, as it appears that the city is empowered by its charter to receive gifts for such purpose. *Matter of Burnham,* 112 Misc. Rep. 560; affd., 196 App. Div. 907. The order appealed from in so far as it provides for imposition of a tax on the bequest to the city of Duluth, is reversed. Submit order on notice modifying taxing order in accordance with this decision.

Order reversed.